by A. SCHREIBER BREWING COMPANY and Others.   (Proceedings Nos. 120 and 125.) — Motion to amend order of affirmance so as to award separate bills of costs on appeal to the owners of the various parcels denied.   Present — Hubbs, P. J., Clark, Davis and Crouch, JJ.; Sears, J., not sitting.

SAMUEL STOJANOVICH, Respondent, v. NICK MORVICH, Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LELIA B. EVERITT, Appellant, v. CHARLES H. EVERITT, Respondent.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CHARLES V. BRYAN, Plaintiff, v. MABEL E. BRYAN, Individually and as Administratrix, etc., and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CHARLES H. HAAS and Others, Respondents, v. OSCAR L. WOOD, Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

HARRY W. MARTIN, Respondent, v. DANIEL W. ROSS and Others, Appellants. — Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FRED B. PARKER, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by December twenty-fourth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FRANK COLONNA, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by December twenty-fourth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FRANK COLONNA and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by December twenty-fourth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

OLIVE E. SHEERIN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by November eighteenth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

STANLEY SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by November twentieth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

AMELIA SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by November twentieth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GRANGER & Co. and Others, Appellants, v. HARRY L. ALLEN, as Trustee in Bankruptcy, and Others, Respondents.   HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Appellant, v. CHARLES W. FINK, Respondent, and 36 Other Actions Brought by the Same Plaintiff against Separate Defendants.— The two motions